**QUILL & ARROW, LLP**
Kevin Y. Jacobson, Esq. (SBN 320532)
kjacobson@quillarrowlaw.com
Gregory Sogoyan, Esq. (SBN 316832)
GSogoyan@quillarrowlaw.com
Luis A. Serrano (SBN 349024)
LSerrano@quillarrowlaw.com
e-service@quillarrowlaw.com
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Attorneys for Plaintiff,
**DAVID BARTOS**

**THETA LAW FIRM, LLP**
Soheyl Tahsildoost, Esq. (SBN 271294)
st@thetafirm.com
Mehgan Gallagher, Esq. (SBN 338699)
mg@thetafirm.com
eservice@thetafirm.com
12100 Wilshire Boulevard
Suite 1070
Los Angeles, CA 90025
Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BARTOS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA LLC, a Delaware Limited Liability Company,<br><br>Defendants, | Case No.:  8:23-cv-00088-CJC-JDE<br><br>*Assigned to the Hon. Cormac J. Carney and Magistrate Judge John D. Early*<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>Date Complaint Filed: January 16, 2023 |

# STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); IT IS HEREBY STIPULATED, by and between Plaintiff, DAVID BARTOS and Defendant, MERCEDES-BENZ USA LLC, by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice in accordance with the terms of the written settlement agreement entered into between the parties.

Dated: February 9, 2024      **THETA LAW FIRM, LLP**

By:   */s/Mehgan Gallagher*
Soheyl Tahsildoost, Esq.
Mehgan Gallagher, Esq.
Attorneys for Defendant
**MERCEDES-BENZ USA LLC**

Dated: February 9, 2024      **QUILL & ARROW, LLP**

By:   */s/Kevin Y. Jacobson*
Kevin Y. Jacobson, Esq.
Gregory Sogoyan, Esq.
Luis A. Serrano, Esq.
Attorneys for Plaintiff,
**DAVID BARTOS**